IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE 1,**<br>**JOHN DOE 2,**<br>**JOHN DOE 3, and**<br>**JANE DOE 1, Individually and on behalf of**<br>all others similarly situated,<br>    Plaintiffs,<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br>    Defendant. | CIVIL ACTION<br><br>NO.  20-1947 |

**O R D E R**

**AND NOW**, this 18th day of February, 2021, upon consideration of the Government's Motion to Dismiss (Document No. 8, filed August 21, 2020), Plaintiffs' Opposition to Defendant's Motion to Dismiss (Document No. 11, filed October 5, 2020), the Government's Reply in Support of Motion to Dismiss (Document No. 15, filed October 22, 2020), Plaintiffs' Motion to Proceed Anonymously (Document No. 18, filed November 17, 2020), Defendant's Response to Plaintiffs' Motion for Leave to Proceed Anonymously (Document No. 21, filed December 8, 2020), and Plaintiffs' Reply in Further Support of Their Motion to Proceed Anonymously (Document No. 23, filed January 13, 2021), for the reasons set forth in the accompanying Memorandum dated February 18, 2021, **IT IS ORDERED** as follows:

(1) The Government's Motion to Dismiss is **DENIED**.

(2) Plaintiffs' Motion to Proceed Anonymously is **GRANTED WITHOUT PREJUDICE** to the right of the parties to seek modification of this Order at a later stage of the proceedings.

**IT IS FURTHER ORDERED** that an initial pretrial conference will be scheduled in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.